UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60646-CIV-COHN/SNOW

VITAL PHARMACEUTICALS, INC.,
a Florida corporation,

    Plaintiff,

v.

S.A.N. NUTRITION CORPORATION,
a Nevada Corporation,

    Defendant.
_____/

## ORDER GRANTING EMERGENCY MOTION TO RESCHEDULE MEDIATION DATE AND CONTINUING CASE

**THIS CAUSE** is before the Court upon Plaintiff Vital Pharmaceutical's Emergency Motion to Reschedule Mediation Date and to Appoint New Mediator [DE 47]. The Court has considered the Motion and is otherwise duly advised in the premises.

Plaintiff advises in its Motion that the mediator originally selected by the parties to conduct the mediation in this case is now unable to do so, due to a conflict of interest. Plaintiff further advises that although a new mediator has been secured who can conduct the mediation prior to the May 4, 2007 deadline set by the Court, counsel for Defendant objects to the short notice provided. It appears from Plaintiff's representations and the attached emails that both parties are amenable to the selection of Justice Gerald Kogan as mediator. However, Plaintiff also advises in its Motion that counsel for Defendant wishes to appear by phone at the mediation, a request to which Plaintiff objects.

In an effort to ensure that the goals of mediation will be served by the mediation conference held in the instant case, the Court is willing to provide the parties additional time to arrange for and conduct the required mediation.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Harry Schafer is excused as mediator in this action.

2. If the parties are unable to agree to the selection of Justice Gerald Kogan as mediator, they are ordered to agree on an alternative mediator on or before May 3, 2007.  If the parties are unable to agree, they will so notify the Court, and a default mediator will be appointed.  However, the Court emphasizes that no additional extension of time will be provided to the parties to accommodate their inability to agree on a mediator.

3. The deadline for completion of mediation is **EXTENDED** to **May 24, 2007 at 12 p.m.**

4. **The Calendar Call for this action, currently set for May 17, 2007, is RESCHEDULED to May 24, 2007 at 1:30 p.m.**  This matter is **REMOVED** from the two-week trial docket commencing May 21, 2007, and **CONTINUED** to the two-week trial docket commencing May 28, 2007.

5. Pursuant to Local Rule 16.2(E), all parties are ordered to have principals with full settlement authority personally present at the mediation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 2nd day of May, 2007.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record

Copies provided to:

Counsel of record