UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-60646-CIV-COHN/Snow

VITAL PHARMACEUTICALS, INC.,
a Florida Corporation,

       Plaintiff and Counter-Defendant,

v.

S.A.N. NUTRITION CORPORATION,
a Nevada Corporation,

       Defendant and Counter-Plaintiff.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel Stephen Milbrath's Unopposed Motion to Appear *Pro Hac Vice* (DE 38). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. Stephen Milbrath, Esquire, is hereby permitted to enter a limited appearance for purposes of representing the plaintiff **Vital Pharmaceuticals, Inc.** in this cause; Herbert Allen, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 14th day of May, 2007.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

See Attached Service List

## SERVICE LIST

### CASE NO. 06-60646-CIV-COHN/SNOW

James Gale, Esq. (P and Counter-D)
Herbert Allen, Esq. (P and Local Counsel for Milbrath)
Stephen Milbrath, Esq. (P)
Michael Marsh, Esq. (D and Counter-Claimant)
Ury Fischer, Esq. (D, Counter-Claimant and Local Counsel for Chovanes)
Joseph Chovanes, Esq. (D)

Ms. Catherine Wade (MIA)
  Executive Service Administrator